UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALBERT AND EVELYN BRODZINSKY,<br><br>Plaintiffs,<br><br>v.<br><br>FRONTPOINT PARTNERS LLC, YVES BENHAMOU, JOSEPH F. "CHIP" SKOWRON, JOHN DOE INVESTMENT ADVISORS I – VI AND JOHN DOE HEDGE FUNDS I – VI,<br><br>Defendants. | CASE NO. 3:11-CV-00010-MRK<br><br><br><br><br><br>JANUARY 5, 2011 |

**PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AGAINST DEFENDANT FRONTPOINT AND HEDGE FUND DEFENDANTS I-VI**

Plaintiffs hereby move for a temporary restraining order and preliminary injunction against six healthcare-related hedge funds managed by Defendant FrontPoint Partners LLC ("FrontPoint") and against Defendant FrontPoint. As grounds, Plaintiffs rely on their accompanying memorandum of law and Declaration of Edward F. Haber. Accordingly, Plaintiffs respectfully request that this Court grant their Motion for Temporary Restraining Order and Preliminary Injunction.

1

ORAL ARGUMENT REQUESTED

Respectfully submitted,                                  **PLAINTIFFS,**

/s/ Nancy A. Kulesa
Jeffrey S. Nobel (CT 04855)
Nancy A. Kulesa (CT25384)
Izard Nobel LLP
29 South Main Street, Suite 215
West Hartford, CT 06107
Tel.:  (860) 493-6292
Fax:  (860) 493-6290
jnobel@izardnobel.com
nkulesa@izardnobel.com

*Of Counsel*:

Edward F. Haber
Michelle H. Blauner
Ian McLoughlin
Rachel Brown
Shapiro Haber & Urmy LLP
53 State Street
Boston, MA 02109
Tel: (617) 439-3939
Fax: (617) 439-0134
ehaber@shulaw.com
mblauner@shulaw.com
imcloughlin@shulaw.com
rbrown@shulaw.com


Paul Paradis
Michael A. Schwartz
Horwitz Horwitz & Paradis
405 Lexington Avenue, 61st Floor
New York, NY 100174
Tel.: (212) 986-4500
Fax: (212) 986-4501
pparadis@hhplawny.com
mschwartz@hhplawny.com

ORAL ARGUMENT REQUESTED

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 5, 2011, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing system will be sent by e-mail to all parties by operation of the Court's electronic filing system or will be served on all parties not registered for electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/ NANCY A. KULESA

      NANCY A. KULESA

ORAL ARGUMENT REQUESTED